Marion L. BEA, Plaintiff—Appellant,

v.

Benjamin N.A. KENDRICK, Circuit Court Judge of Arlington County, Defendant—Appellee.

No. 04–6974.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 23, 2004.

Marion L. Bea, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marion L. Bea appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bea v. Kendrick,* No. CA–04–515–AM (E.D. Va. filed May 24, 2004 & entered May 25, 2004). Bea's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*